Exhibit A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

UNITED STATES OF AMERICA,

Plaintiff,

v.

PETER HARGITAY,

Defendant.
_____/

97-1007

CIV - GRAHAM

MAGISTRATE
JOHNSON

PETITION FOR WRIT OF HABEAS CORPUS.

The Petition of Peter Hargitay respectfully shows:

1. Petitioner is imprisoned and restrained of liberty within the Federal Detention Center (F.D.C.) Miami, Florida, U.S.A. by the Marshall of the United States District Court for the Southern District of Florida

2. The Petitioner has not been committed and is not detained by virtue of any Judgment, Decree, Final Order, or process issued by a Court or Judge of the United States in a case where such Courts or Judge have exclusive Jurisdiction under the laws of the United States or have acquired exclusive Jurisdiction by the commencement of legal proceedings in such Court; nor is Petitioner committed or detained by virtue of the Final Judgment or Decree of a competent tribunal of civil or criminal jurisdiction, nor the Final Order of such a tribunal made in a special proceeding instituted for any cause except to punish Petitioner for contempt, nor by virtue of any execution or other process issued on such a Judgment, Decree or Final Order.

3. The cause or pretense of the imprisonment or restraint of Petitioner according to the best knowledge and belief of Petitioner is an arrest in pursuance of a "Material Witness Warrant" placed in the Computers of the Immigration and Naturalization Service of the

United States (I.N.S.) by INTERPOL and a Warrant issued by Federal Magistrate Stephen Brown based on information relating to a "Material Witness Warrant".

4. Petitioner's arrest and imprisonment is illegal in that there is no current evidence that Petitioner is wanted in Hungary on any Indictment issued by the State of Hungary and there is no evidence of a request from Hungary for the Extradition of the Petitioner to Hungary for an offense within the provisions of a Treaty obligation between the United States of America and Hungary.

5. Petitioner is a Swiss National resident in Jamaica. Petitioner was arrested and imprisoned in the United States on April 2, 1997, to wit, at the Miami International Airport while in transit from Jamaica to the Bahamas and is detained without Bond.

6. There is no evidence of an Indictment charging an offense against the Laws of Hungary, and in consequence the Petitioner is unlawfully restrained of liberty in violation of the Fifth Amendment to the Constitution of the United States and of the Constitution of the State of Florida.

7. Petitioner through Attorney David P. Rowe Esq. demanded a copy of the Material Witness Warrant placed in the Computers of the Immigration and Naturalization Service by INTERPOL and a copy of the Warrant issued by Federal Magistrate Stephen Brown. These documents have not been provided to Petitioner's Attorney and therefore Petitioner is unable to attach them to this Petition.

8. No previous Petition has been made for the relief sought.

WHEREFORE, Petitioner requests that a Writ of Habeas Corpus issue directed to the Officer in Charge of the Federal Detention Center, Miami, Florida U.S.A., Deputies and Assistants, commanding them to bring and produce the custody of Petitioner, by them imprisoned and detained, for hearing and determination, before the Honorable U.S. Magistrate (to be named), Judge of the United States District Court, Southern District of Florida at Miami on the 14th day of April 1997.

BY ___David P Rowe___
DAVID P. ROWE ESQ.

> 18800 N.W. 2nd Avenue,
> Suite 105C,
> Miami, Fl. 33169.
> (305) 653-6900
> FBN: 373575

## CERTIFICATE OF SERVICE.

I HEREBY CERTIFY that a copy of the foregoing Petition for Writ of Habeas Corpus has been delivered by hand to the Office of Steve Petri, Assistant United States Attorney on this \_\_\_14th\_\_\_ day of April 1997.

_____
DAVID P. ROWE ESQ.