UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 97-1007-CIV-GRAHAM

PETER HARGITAY,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

_____/

FILED by D.C.
MAY 15 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**CLOSED CIVIL CASE**

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AND DISMISSING CASE

**THIS CAUSE** came before the Court upon Petition for Writ of Habeas Corpus (DE 1).

**THE COURT** has considered the Petition and the pertinent portions of the record, has held a hearing on said Petition on May 15, 1997, and is otherwise fully advised in the premises. It is

**ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus (DE 1) is DENIED AS MOOT in light of the Indictment filed in the case entitled <u>United States of America v. Peter Jozef Hargitay</u>, 97-375-CR-ZLOCH (dated May 8, 1997). Accordingly, it is

**ORDERED AND ADJUDGED** that this case is DISMISSED and all other pending motions are DENIED AS MOOT.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of May, 1997.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record